IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**DEBBIE BETTERTON**, Individually,
and as surviving spouse and on behalf
of all of the next of kin and the wrongful
death beneficiaries of DAVID LEE
BETTERTON, Deceased, **PLAINTIFF,**

VS. CIVIL ACTION NO. 2:02CV318-P-A

**EDWARD MORGAN EVANS, M.D.,** **DEFENDANTS.**

## ORDER

This matter comes before the court upon Plaintiff's Objection to Magistrate's Order Denying Plaintiff's Motion to Alter and Amend Scheduling Order [206-1]. After due consideration of the objection and the responses filed thereto, the court finds as follows, to-wit:

The plaintiff has not demonstrated that the U.S. Magistrate Judge's August 25, 2006 Order denying the plaintiff's motion to designate a new expert on economic damages well after the close of discovery and some six weeks before trial was clearly erroneous or contrary to law.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's Objection to Magistrate's Order Denying Plaintiff's Motion to Alter and Amend Scheduling Order [206-1] is **OVERRULED**.

**SO ORDERED** this the 21st day of September, A.D., 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE