**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**DEBBIE BETTERTON**, Individually,
and as surviving spouse and on behalf
of all of the next of kin and the wrongful
death beneficiaries of DAVID LEE
BETTERTON, Deceased, **PLAINTIFF,**

**VS.** **CIVIL ACTION NO. 2:02CV318**

**EDWARD MORGAN EVANS, M.D.,** **DEFENDANT.**

### ORDER

This matter comes before the court upon Plaintiff's Request for Judicial Notice of Mortality Table [208-1]. After due consideration of the motion – there being no objection filed thereto – the court finds that the motion should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's Request for Judicial Notice of Mortality Table [208-1] is **GRANTED**.

**SO ORDERED** this the 6th day of April, A.D., 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE